JERRY D. CARTER
P.O. BOX 1671
CHEYENNE WYOMING
82003

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

OCT 19 2007

Stephen Harris, Clerk
Cheyenne

FILED UNDER DURESS
OF THE 3 FED JUDGES
WHOSE PROTECTOR IS
THE RESPONDENT A WHOLE
CONFUCT OF INTEREST
IS BEING CLAIMED, NO
MOVEMENT ON ALL CASES ALSO.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING
CASE NO. ___  07 CV 264 J

JERRY D. CARTER
PLAINTIFF,

VS.

TIM MOSELEY
A CHIEF OR SUB
CHIEF OF THE
U.S. MARSHAL'S
EMPLOYED BY UNITED
STATES OF AMERICA
RESPONDENT.

PLAINTIFF ENTERS COMPLAINT
ON RESPONDENT OF MULTIPLE
CIVIL RIGHTS VIOLATIONS AND
SUB HUMAN ACTIVITY OF A PERSON
WHO IS SUPPOSED TO BE A
LAW ENFORCER OF AMERICA
TORT IS SOUGHT FOR RELIEF
OF STATED VIOLATIONS AND
OTHER HEREIN VIOLATIONS
ASSAULTS, AND OTHER STATED
CRIMES, TO PLAINTIFF, AND
TORT RELIEF

I  JERRY D. CARTER  PLAINTIFF IN THE ABOVE
CAPTIONED CASE FOR HABEAS CORPUS, THRU
STATED VIOLATIONS, ADDRESS OF PLAINTIFF
IS P.O. BOX 1671 CHEYENNE, COUNTY OF LARAMIE
STATE OF WYOMING, U.S.A, 82003

II  RESPONDENT IS A  TIM MOSELEY THAT IS KNOWN
TO WORK IN/OR ABOUT THE UNITED STATES FEDERAL
BUILDING CONTAINING THE U.S. DISTRICT COURTS
AT 2120 CAPITOL AVENUE CHEYENNE, COUNTY OF
LARAMIE, STATE OF WYOMING, U.S.A., 82003, THAT
THE RESPONDENT IS A EMPLOYEE OF THE UNITED
STATES MARSHAL SERVICE HAS LIED TO PLAINTIFF
ON TWO ITEMS OF HIS IDENTITY, THE NAME

PAGE 2 OF 26

MOSELEY HE SPELLED "NOSELEY" TO PLAINTIFF WHO WROTE IT AS RESPONDENT SPELLED IT, HE ALSO SAID HE WAS THE CHIEF OF THE U.S MARSHALS NOW ITS FOUND HE IS NOT THE CHIEF BUT SOME SORT OF SUB CHIEF, NATURE OF CORRECT TITLE AND FUNCTIONS ARE IN SOME QUESTION, THAT RESPONDENT IS RELATIVE TO THE INSTANT CASE BEFORE THIS DISTRICT COURT IN HABEAS CORPUS, IN SAID CAUSE AND RESULTING SUCCESSION OF ACTS OR ACTIONS TAKING PLACE OR THREATNING TO TAKE PLACE DIRECTLY RELATE TO AND RESULT FROM THE CLAIMS SET FORTH IN THIS THE PLAINTIFFS PETITION INCLUDING THE CRIMINAL CHARGES THE RESPONDENT DID TO PLAINTIFF IN FRONT OF MULTIPLE WITNESSES, WITH NO ARREST RELEIF BEING DONE AT THIS WRITING, EVEN THOUGH ITS BEING TRIED ON MANY GOVT. LEVELS PLAINTIFF REALIZES A MAGGOT CAN GET IMMUNITY IN A FEDERAL BUILDING IF IT CAN CRAWL THRU THE DOOR, HELL OF A DEAL, DATE OF CRIMES TO PLAINTIFF OCT 15 07.

III. AS IT IS BECOMING APPARENT THE U.S MARSHAL OFFICE IN CHEYENNE WYOMING HAS BECOME THE TOXIC WASTE DUMP FOR THE U.S. MARSHAL SERVICE, AND THE QUALITY OF THE DUMPED MARSHALS HAS ALMOST DETORIATED IN TO THE BLACK HOLE OF PERPETUAL CORRUPTION, FUELED BY REPUBLICAN OVERLORDS IN FLOPPY CLOTHING OF BLACKISH COLOR, KNOWN IN LOS ANGELES AS GANG CLOTHING, IT IS APPARENT FROM SUCH OVERWELMING

PAGE 3 OF 26

EVIDENCE THE PLAINTIFF SHOULD BE CHOOSING A HEAD STONE MARKER AS THE ESTABLISHMENT IS DIGGING HIS GRAVE. THE AUTHORITIES FULL OF GIRLYMEN CANNOT FUNCTION FROM DERELICTION OF DUTY INFECTIOUS MESOTHELIOMA ALIEN ILLEGAL BORDER CROSSINGS, LEADING TO MARSHALS INCOMPATABLE REVERSE SEXUAL ORIENTATION BEING FLAUNTED IN A AURORA OF BUREAUCRAT SKILLED AND DRILLED MALES OF FEDERAL EMPLOYEES WITH NOTHING TO DO EXCEPT REPEL ANY FORM OF TRUTH AND UNDERSTANDING SHOULD IT OBTAIN A FOOTHOLD TO INFECT SOME COMMON SENSE INTO THE DISFUNCTIONAL SYSTEM. THAT ANY ATTEMPT TO DISPEL THE LEVEL OF PARANOIA ESTABLISHED IN THE HALLOWED HALLS OF THE TAXPAYERS BUILDING IS BEING MET WITH PHYSICAL FORCE, THAT COULD QUELL ANY AMOUNT OF HONEST CITIZENS WHO ARE NOW SO INTIMIDATED THEY ARE WILLING TO SACRAFICE THEIR OWN ONE AT A TIME TESTING THE THE SYSTEM TO ESTABLISH A FORMAT OF IRREGULAR CONDUCT TO RETRIEVE SOME SIMBLANCE OF CONSTITUTIONAL PREVLENCE, FROM THE ASHES OF FAILED SOCIETAL REFORMATION SPEARHEADED BY STOOGE INDOCTRINATED MIS APPROPIATED SPECIAL INTREST, TOUCHY FEELY YOUR IN MY SPACE, NARROW BROWED, BEADY EYED SUBHUMAN WERE IN MEETINGS ALL THE TIME OBESE DONUT HOLE EATERS. THE OVERALL DISREGARD FOR THEIR CITIZENS OF SENIOR STATUS WHO HAVE A STALWART RESERVE FOR HANGING ON TO THEIR BRAIN POWER IS BEING PROGRAMMED BY THE COUCH PATATO OFFSPRING A A PACE THAT IS ACCLERATING BEYOND EVEN KNOWING HOW TO GROW OR PERSERVE THIER OWN SUBSESTENCE OPTING OUT FOR THE GREAT WALL SECTION OF EARTH FOR FRESH DAICY DUNG FROM

HUMAN WASTE PRODUCTS TO STAY IN A SITUATION OF RECLINING HEALTH, THAT ALTERING THE MIND DRUGS IS THE NORM OF THE DAY, CLOUDING ANY FEASABLE ABILITY TO INDUCE LOST ARTS OF PORTRAYING COMMON SENSE, TO GAIN ANY HOPE OF SURVIVAL FOR THEIR UNDISIPLINED OFFSPRINGS. IT IS WITH THE AFORE STATE CONSICE GENERAL CONCEPTS VIEWED WITH A THINKING THAT IS NOW SHUNNED AND MOCKED BY MOST STRIP MALL ADDICTS, THAT ARE OF LITTLE USE TO A PERPETUAL QUALITY OF LIFE ONCE KNOWN TO THE FEW SURVING BEINGS ONCE KNOWN IN HISTORY BOOKS, AS HUMANS. EVENTUAL AND IRREVERSABLE SELF THAWARTED KNOWLEDGE WILL NO LONGER BE THE SOUGHT AFTER GOLD RING ON THE MERRY GO ROUND OF LIFE. THE NOT THOUGHT THRU RIFT TO REPLACE HUMAN EYES WITH MECHANICAL EYES, SO AS TO WATCH THY NEIGHBOR HOPING HE WILL VIOLATE YOU, TO WARRANT SOME ACTION THAT WILL BE OF ABNORMAL CONSIQUENCE, WARRANTING TO YOUR SELF THE PRICE OF THE MECHANICAL EYE PAID OFF SO WELL YOU CAN NOW INCARICATE THE VIEWED AND FEED THEM FOR THE REST OF THEIR NATURAL LIFE MAKING IT A RULE THEY CANNOT BE FORCED TO RAISE THEIR OWN FOOD, TO YOUR OWN DEMISE. PLAINTIFF REALIZING THE RESPONDENT IS OF THE GENERAL OVER ALL RESULT OF SOME OF THE A FORE STATED SITUATIONS HAVING COMPASSION ON THE RESPONDENTS INABILITY TO FUNCTION AS A NORMAL HUMAN BEING, POSSIBLY NOT OF HIS OWN HERITAGE BUT OF TWISTED

PAGE 6 OF 26

POLITICAL UP BRINGING THAT WILL ALWAYS SELF DESTRUCT, THERE FORE PLAINTIFF DESIRES TO TAKE EVERY THING THE RESPONDENT HAS, TURN HIM INTO THE STREETS DESTITUTE, WITH NO OPPORTUNITY TO RETURN TO HIS PROTECTED CUBICULE, SHAMED INTO OBSCURITY FOREVER, WITH NO REPRIEVE, ENTERS IN TORT THE AMOUNT OF FIVE MILLION DOLLARS U'S CURRENCY FOR RELEIF FROM VIOLATIONS OF CIVIL RIGHTS, AND FROM CRIMES TO THE PLAINTIFF AND THE IRREPAIRABLE SLANDER AND SHAME PLAINTIFF SUFFERED IN PRESENCE OF NEW MADE FRIENDS AND HIS KNOWN FRIENDS.

THAT THE RESPONDENT HAS USED HIS LOWER CHIEF STATUS AUTHORITY TO ACCELERATE THE ABUSE ON THE PLAINTIFF BY USING GUARDS TO ACCOMPANY PLAINTIFF EVERY WHERE HE GOES, POSSIBLY CAUSING HIS OWN GUARDS TO FEEL DEMANORED, EXCEPT FOR A COUPLE THE SUB CHIEF IS GROOMING FOR NAZI POLITICAL UP BRINGING WHICH THEY SEEM TO BASK IN, THAT THE RESPONDENT HAS TAKEN LIBRARY USAGE AWAY THAT PLAINTIFF HAS CONTRBUTED TO BUYING WITH TAXED DOLLARS, COLLECTIVLY WITH HIS FELLOW CITIZENS AND RESPONDENT IS RESERVING SAME FOR ILLEGITATE LAWYERS WHO STRIP FOLKS OF THEIR POWER AND PRIDE AT EVERY JUNCTURE, AT ANY GIVEN OPPORTUNITY, THAT RESPONDENT HAS ABUSED HIS AUTHORITY, CAUSED CRIMES OF ASSAULT, THREATS, DISTURBANCE, HARASSMENT TO PLAINTIFF SEEN BY, WITNESS WHO TESTIFIED TO PLAINTIFF IN FRONT OF ONE OF SUBCHIEFS OWN GUARDS AND SUB CHIEF IS STILL SUBCHIEFING EVEN THOUGH HE OUGHT TO BE IN JAIL, ONLY AVOIDING

SAME AS SUPREME DICTORIAL POLITICAL CONTROL
HAS SUPERCEEDED THE AMERICAN U.S. CONSTITUTION
AND ALL THE NO GUTTED ASSHOLES IN CHEYENNE
WYOMING HAVE ANY RESERVE OR NERVE TO
PROTECT THE CONSTITUTION AND ARREST THIS
LITTLE SUB CHIEF SOG FOR THE CRIMES HE
DID TO PLAINTIFF. IT IS NO WONDER THE POLITICANS
NEED TO PROTECT THEM SELVES SO GREATLY, USING
LITTLE SPERM MISTAKE FREAKS LIKE THE
RESPONDENT, A VIOLATOR WHO DONT EVEN KNOW
HES TO VIOLATE PROFESSIONALY SO HE DOES IT
ILLEGALLY, PLAINTIFF WILL NOT CEASE OR
DESIST TILL THIS MAGGOT INFESTED TURD
IS BEHIND BARS OR PLAINTIFF CEASES TO
EXIST. THE RIFT IS TORE.

THAT RESPONDENT HAS CAUSED THE CIVIL
RIGHTS TO BE VIOLATED MULTIPLE TIMES DOING
THAT IN PERSON TO PLAINTIFF, THE 14TH
AMMENDMENT, THE 1ST AMMENDMENT THE
8TH AMMENDMENT, THAT THE RESPONDENT IS
NOT SMART ENOUGH TO VIOLATE ANY
U.S. MARSHAL RULES OR PROCUDERS CAUSE
HE DONT KNOW ANY, HIS BRAIN IS VOID
OF ANY U.S CIVIL RIGHTS, YET HE KNOWS
HE HAS TO VIOLATE THE PLAINTIFF, AND
ENJOYS IT, SMILING LIKE A PSYCO ALL
THE TIME HE DOES THE VIOLATING. THE
MARSHALS OFFICE IS BRAIN VOID OF

PAGE 8 of 26

ANY CIVIL RIGHTS EXISTENCE AS ONE OF THEIR
OWN HEARD THE WITNESS TELL THE PLAINTIFF THAT
SHE SEEN THE RESPONDENT "PUSH" THE PLAINTIFF
AND THEIR ARE NOT ENOUGH BRAINS COLLECTIVE
IN THE MARSHAL'S OFFICE TO BRING THE CHARGES
ON THE RESPONDENT AND CLEAN UP THEIR OWN.
AS THE MARSHALS STARTED IN HISTORY AS
HORSE SERVANTS IN ENGLAND, WHICH MEANS
MOVING LOTS OF HORSE TURDS, I SUPPOSE YOU
ARE WHAT YOU EAT AND THEY DARE NOT
REMOVE ANY THING FROM THEIR POTENTIAL
FOOD SUPPLY, SO THEY JUST LEAVE THE SUB
CHIEF MOLDING IN HIS PRESENT POSITION. YET
IF ONE DARES GIVE HIM BACK WHAT HE
GIVES OUT OH MY GOD ITS A TERRORIST THOUGHT.
THE PLAINTIFFS LIFE AND FUNCTIONS ARE
NOW CONSTANTLY IN DANGER ANY TIME SAME
ENTERS THE AREA AS ITS SOVERIGN AND
PREDJUCE AGAINST ALL COMERS WITH PLAINTIFF
BEING THE MOST SOUGHT AFTER TO APPLY
ANY LOOSE FORMIDABLE PRESSURE IT CAN
CONCIEVE IN ITS GUTTER LACED MIND TO COME
AT PLAINTIFF AND HIS EFFORT TO ENTER AND
ACCESS A DANK PLACE TO SEEK ANY CIVIL
RIGHTS PROTECTIONS OR RESTRAINTS, TO CANCEL
THOSE, DESTROY THOSE TO THE END TO MAINTAIN
A SOVERIGN DICTORIAL ATMOSPHERE. AS PLAINTIFF
HAS NO FEAR TO FACE THE INTIMATE DANGERS
IT BEHOVES PLAINTIFF TO WORRY ABOUT MORE
PHYSICAL HARMS HAVING SUFFERED 22 YRS

PAGE 9 OF 26

OF ON THE JOB INJURIES WORKING TO ONLY GIVE A WHOPPING PORTION OF SAME EARNINGS TO SUPPORT THE RIGHT TO BE VIOLATED BY THE ONES HE NOW SERVES THAT THE DECLARATION OF INDEPENDENCE WAS SUPPOSED TO FREE PLAINTIFF FROM SERVING. AS HISTORY SLOWLY REVOLVES BACK TO THE DAYS BEFORE SUCH DOCUMENTS WERE BIRTHED ALL CAN SEE THAT ONES SUCH AS THE RESPONDENT ARE THE GREASE THAT MAKES THE FINAL MOVES TO PLACE THE PLAINTIFFS COUNTRY BACK TO THE POINT WHERE THE GOVERNMENT BECOMES DESTRUCTIVE TO THESE ENDS FULL OF ABUSES AND USURPATIONS MAKING THE SYSTEM SUSPENDED IN TYRANNY, THE POLITICAL OCCURS ESTABLISHED OF A PRESSING IMPORTANCE DIMINISHING THE PUBLIC RECORDS TO A LEVEL OF VAPORS, OBSTRUCTING THE LAWS TO THE END OF A FREE SOCIETY, PREVENTING THE POPULATION OF ACCESS TO THE ENJOYMENT OF THE THING THEY THRIVE TO HOLD ON FOR, AND MAKING THE JUDGES SUCK THE VERY BEING FROM THE PEOPLE, ERECTING GREAT FAME TO THER NAMES FOR SERVING NONE BUT THEIRSELVES, SPITTING ON UNALIENABLE RIGHTS, SCREWING WITH NATURE, RATHER THAN HEALING THEIR POOR AND DOWN TRODDEN THAT COULD PARTICIPATE IN ACTIONS THAT NATURE COULD FLOURISH IN, A EXERCISE TO DESTROY THEIRSELVES, IN SUCH A STATE OF SELF PITY AND PROCLAIMED GLAMOUR

PAGE 10 OF 26

NEVER KNOWING AND BEING IGNORANT OF
NATURES GOD, THE POWERS OF EARTH THAT
ENTITLE THEM TO A DECENT RESPECT AND
THEY IMPEL THEM SELVES TO THE END OF
A MANKIND WITH NO REGARD FOR FELLOW
BRETHREN, THEIR SELVES THE UP BRINGING OF
OFF SPRING, RATHER PLACING THEIR MINDS
AND SNOOTS IN A PLACE OF CONVENIENCES
USELESS CRIMES SURVELANCE, KNOWING EVERY
SORT O DETAIL OF THE GAMERS AND CANNOT
RECALL THE FULL DATES OF THE ONES THEY
SIRED INTO THEIR OWN BLOOD LINES. THE
SICKNESS OF SELF IMP GODING, LOADING AND
INHALING JUNK FOOD DOWN THEIR GULLETS A
MORE IMPORTANT FEAT THAN NURTURING A
LITTLE SEED TO A MATURE PLACE THAT A
QUALITY FORAGE CAN DELIVER, TO SUPPORT
THE NATURE THEY SAY THEY WANT TO SAVE
AND BLAME THE DEMISE ON ANIMAL GREEN
HOUSE GASES, RATHER THAN THEIR OWN
FILTHY LUCER HABITS. THIS IS THE MORON
LEVEL SUB CHIEFS WHERE ARE DELIVERED
UP TO KNEEL TO THEIR EVERY DEMAND, AND
THE PLAINTIFF IS SUFFING UNDER THE
LOAD SAME SUB CHIEF IS DEMANDING HIS
BEAR TO A FORE SEEABLE END, THE END
OF THE PLAINTIFF WHOM THE RESPONDENT
IN ALL HIS GLORY IS NOT FAR BEHIND
AT HIS OWN SELECTION. IN THE FUTILE
ATTEMPT TO BRING LIGHT TO BEAR ON

THE CRIMES DONE AGAINST PLAINTIFF BY
RESPONDENT NONE WILL UNDERSTAND NONE
WILL CHERISH THE MOMENT TO ACT TO PERSEVE
THE FUTURE TO THE NON ENDS OF FREEDOM
BUT ROLL THEIR SELVES BACK TO THE PAST
TO THE DAYS OF SLAVERY, SERVITUTUDE AND
UTTER DARKNESS WHERE THE BLIND LEAD THE
BLIND THE DITCH BEING A CONSTANT DIVISE
TO ABRAUPTLY END THEIR WHORISH WAYS
IN THE ASSENT TO THEIR ETERNAL HELL.

PLAINTIFF IS BRING THE ENCLOSED TORT IN THE
EFFORT TO DEPRIVE THE VIOLATER OF ANY
FUTHER POWER TO DESTROY PLAINTIFF THAT
PLAINTIFF MAY CAUSE WHATEVER SOLUTIONS
WITH THE YEARS HE HAS LEFT TO THEN
SAVE THE VIOLATER FROM HIS OWN EVIL.
HAVING A FEMALE FRIEND IN HAWAII WHO OWNS
TWO "STONE COLD" ICE CREAM OUTLETS, A SIGNER
OF MY U.S SENATOR VOTER PAPPERS, A NICE WOMAN,
I BORROW THE "STONE COLD" NAME, YOU FEDERAL
EMPLOYEES UNDER THE UMBRELLA OF PROTECTION
BY THE SUBCHIEF RESPONDENT, ARE "STONE COLD"
STUPID TO HAVE HIM PROTECTING YOUR PERSONS
WHICH IS NO CONCERN OF YOURS AS YOUR
PURPOSE IN LIFE IS TO MAKE THOSE THAT
PAY YOU, "STONE COLD" WHICH WILL DESTROY YOUR
SELF CAUSE YOU KNOW HOW TO CREATE "NOTHING"
ITS A STONE COLD FORECAST FOR ANYONE WHO

PAGE 12 OF 26

CANNOT PROVIDE THEIR OWN NEEDS FROM THE SWEAT OF THE BROW. DON'T TELL THIS PLAINTIFF YOUR WORKING UP THERE, THE ONLY ONES WORKING UP THERE ARE THE U.S. COURT CLERKS, THE U.S. MAIL PEOPLE AND THE JANITORS WHO CLEAN YOUR CRAP UP — YOUR A LOAD OF TRASH PAPER PUSHERS, YOUR SUB CHIEF CAUSED THESE PAPERS, I HAD RESEARCH TO DO AT THE LOCAL LIBRARY, AND YOUR M.I. POLICE IN CHEYENNE WHO HAVE BARRED ME FROM THERE, UNDER THREAT OF ARREST, YOUR SUB CHIEF BARRED ME FROM THE LAW LIBRARY, UNDER SAME THREAT, SHOULD I TRY THE COLLEGE OR JUST WORK ON YOUR VIOLATIONS WITH PHRASES YOU CANNOT COMPREHEND OR READ, IN THAT MASSIVE REALM OF ILLITERACY; ILL JUST STAY IN MY APT AND REBOUND ALL THE VIOLATIONS YOU DID TO ME BACK DOWN YOUR MISERABLE THROATS, WITH PAPER AND PEN AS MY WEAPONS. IT IS FROM THE CHIEF OF THE COURT CLERKS A GRACIOUS, EDUCATED MAN THAT THE PLAINTIFF WAS TOLD "YOU CAN WRITE ANY WORDS YOU WANT" IN THE COURT FILINGS, HIS STAFF IS PROBABLY THE ONLY FUNCTIONALS IN THE CHEYENNE FEDERAL COURT BUILDING, WITH ONLY SOME OF THE MARSHAL STAFF COMING IN SECOND OTHER THAN THOSE MENTIONED FROM POINTED CLOSE OBSERVATION AND NUMEROUS PHONE CALLS TO VARIOUS DEPTS NOT MANY CALLS PER EACH, INCLUDING U.S. SENATOR AND U.S. CONGRESS STAFF, ITS A WASH WITHOUT

PAGE 13 OF 26

A WIPE, YOU GET MORE FOR THE BUCK AT THE
LOCAL CAR WASH, BE CAREFUL THOSE THAT
STAFF IS MY VOTERS. THE BURDEN OF THOUGHT
PLAINTIFF IS HAVING IN THIS REGARD IS WHAT
HAPPENS TO THE PROGENY OF THESE DELIBERATE
DILBERTS ITS AS SCARY AS HALLOWEEN, TO CONSIDER.
SOME INDICATION OF EVIDENCE THAT SUPPORTS
THESE PAPERS WILL BE FOUND IN OTHER U.S.
COURT FILINGS SINCE SEPT 26TH 2007, TO SUPPORT
THE LUNACY THAT IS OCCURING BY OBVIOUS REPUBLICANS
AND DEMOCRATS, TOWARDS AND DONE TO THE PLAINTIFF,
CASE NO.S SOME NOT ASSIGNED YET AT THIS WRITING
BUT CLOSE TO THIS CASE NUMBER, OTHER CASES,
   07-CV-00218-D , 07-CV-00227-B , 07-CV-228-B ,
   07-CV-00229-J , 07-CV-00230-J , 07-CV-235-J ,
   07-CV-00240-B , 07-CV-00241-J , 07-CV-242-B ,
   07-CV-00248-B , 07-CV-00249-D , 07-CV-252-D ,
   07-CV-00255-J , 07-CV-00256-D , 07-CV-259-J
   07-CV-258-B . AND SO FAR ANOTHER CASE
FILED IN U.S. COURT IN DENVER, TO RECUSE ALL 3
WYOMING FEDERAL JUDGES OFF ABOVE CASES, THE
LAST LETTER OF EACH CASE BEING THE JUDGES
FIRST LETTER OF THEIR LAST NAME, JUDGE JOHNSON
OF THE CHEYENNE FEDERAL COURT, JUDGE BRIMMER OF
OF THE CHEYENNE FEDERAL COURT, JUDGE DOWNS OF
THE CASPER FEDERAL COURT QUITE POSSIBLY THE
ULTIMATE 3 STOOGES OF THE AMERICAN JURISH
PRUDENCE SYSTEM OF THE WORLD. ANY LOW
LIFE JUDGE WHO WOULD LET THEIR OWN
GUARD WALK AROUND FREE THAT JUST

PAGE 14 OF 26

ASSAULTED A CUSTOMER AND A CITIZEN WITHIN FEET OF THEIR OFFICES, THAT CUSTOMER THEIR ON BUSINESS, FILING CASES, THE GUARDIAN OF THESE JUDGES BEING THE RESPONDENT, SEEN TO DO THE ILLEGAL ACT IN THE PROCESS OF COMITTING A CRIME, (SEVERAL) STATED TO BE SEEN BY A JUDGES STAFF MEMBER, AND DONT CAUSE THAT SLOP EATING KNAT TO COME TO ~~ARREST~~ AND JUSTICE ARE WORSE, WORSE BY FAR THAN WHAT THE PIECE OF CRAP DID TO THE PLAINTIFF.

DON'T TELL ME THOSE TWO JUDGES AND PROBABLY THE THRID DIDNT HEAR ABAUT THIS EVENT, ITS A SMALL COURT AREA, THE TALK FLYS LOSE, EVERYONE KNOWS ABAUT THE ASSAULT, WHAT ARE THEY GOING TO SAY, OH I DIDNT HEAR ABAUT IT, I AM MY CHAMBERS GROWING MY HAIR JOB. YEA RIGHT — DISFUNCTIONAL PRIMA DONNAS, AT LEAST THE PLAINTIFF IS NOT AFRAID TO GO OUT AMONG THE PEOPLE OF CHEYENNE WHO, IN FEAR OF A AMBUSH FROM THEM, CAUSE HE AINT DOING ANY HARM TO THEM, COME ON OUT YOU GANG BANGERS OF THE FEDERAL SYSTEM EXEMPTING THESE COMMENDED HEREIN YOU WANT TO PROTECT AND SERVE LETS GO MEET SOME REAL PEOPLE, SOON AS THEY FIND OUT YOUR JOB, ITS PROBABLY A LONELY WALK FOR ME, YOULL VAPORIZE AND I DID NOT CAUSE IT OR DO IT YOU DID.

INTERLOCKING, SPIDER WEBBING CASES YOU DONT GET IT, DO YOU BUREAUCRAT SLUGS, AS ONE OF MY FRIENDS SAID (WORKS FOR THE U.S POST OFFICE IN CHEYENNE.) THIS AINT MY FIRST RODEO". 20 CASES FILED IAM JUST GETTING MY NEW SPURS BROKE IN, BOYS AND GIRLS, THIS CRAP IS HARD WORK, ITS TIRING, BUT THE GREATEST SHOW ON EARTH MUST GO ON, JUST ASK THOSE THAT ATTEND MORE CLOWNS, MORE FREE POPCORN, MORE FREE EVERYTHING, DAM GOOD THING I SAW TO IT IN 2005 THAT I ONLY HAVE ENOUGH TO SURVIVE WITH, SO I GET "FREE" COURT COSTS AND "FREE" SUPBEONAS, IN ANY COURT IN AMERICA, I AINT STEALING ANY THING YOU CANT STEAL SOMETHING THAT IS FREE AND GIVEN TO YOU, CAN YOU. DOES IT TAKE A ROCKET SCIENTIST TO FIGURE OUT HOW TO SERVE HIS COUNTRY AGAIN AND TAKE IT BACK, MAYBE, BUT I DONT OWN ANY ROCKETS. IVE BEEN TOLD DONT RAISE YOUR VOICE OH REALLY, YOU DONT EVER LISTEN TO -C-SPAN AND SEE ALL THOSE MENTAL CASE REPUBLICANS AND DEMOCRATS SCREAMING YELLING, SHOUTING DOING NAME CALLING— WHAT ARE YOU FREAKS YOU GO TO + LISTEN TO BALL GAMES, YELLS AT THE TOP OF YOUR LUNGS, SWILLING BOOZE DOWN YOUR PROTECTED BOWELS, BUT IAM NOT TO RAISE MY VOICE IN YOUR ESTEEMED

PAGE 16 OF 26

PRESENCE YOU LIMP WRISTED LITTLE POLITICAL
FAGGOTS WHO ARE YOU DOING CRUEL AND
UNUSUAL PUNISHMENT TO, THE PLAINTIFF HAS
A LEGITIMATE DIAGNOISED HEARING PROBLEM
ITS A NATURAL EFFECT TO RAISE THE VOICE
ESPICALLY WHEN OTHER BACKGROUND NOISES ANY
KIND START DROWNING OUT THE SOURCE OF THE
VOICE YOUR TRYING TO HEAR, HOW SUB HUMAN
CAN YOU SINK TO NOT TO KNOW THIS AFFLICTION
WHAT DO YOU WANT TO DO ABOUT IT, HAVE ME
PUT AWAY, OR HAVE VOLUME CONTROL BUTTONS
PUT IN ME SURGICALLY, STAY AWAY YOU
LOPPED EAR DUING BEETLES ILL LIVE MY
LIFE AS I NEED TO, DEAL WITH IT
IAM NOT BREAKING ANY LAWS, YOU JUST
KNOW IAM CATCHING YOU IN YOUR CRIMES
SO YOULL USE ANY MEANS TO GET ME
OFF YOUR CRIMINAL ASSES, DENY DENY
DENY, YOU EVIL GENERATION, I HOPE GOD
IN HEAVEN DOES WHAT HE SAYS HE IS GOING
TO DO TO YOU FOREVER & FOREVER, YOU
SICKEN ME, HOW CAN I TOLERATE ALL KINDS
OF HUMAN DISABILITIES AND YOU GO BALLASTIC
JUST TO BE AROUND THE DISABLED, YOU SUCK
BILGE WATER WITH THE RATS, HEY, GO
TO CHINA WITH THE DOG EATERS, YOU
LOVE THE USELESS JUNK THEY PRODUCE
GO —GO NOW WHO NEEDS YOU YOUR
A WASTE TO MY COUNTRY, YOU THINK

PAGE 17 OF 26

ILL STARVE IF YOU LEAVE GO ON GO TO MEXICO
THEY COME HERE BECAUSE THEY CANT CONTROL
THEIR GOVERNMENT GO INVADE THEM YOU
CAN HAVE IT, THEY DONT WANT IT, BLOW OFF.
MAYBE I CAN GET SOME PEACE IF ALL
YOU DISFUNCTIONAL BASTARDS TAKE ALL
YOUR CHINESE CRAP AND DISAPPEAR WHO
CARES GET OUT. TAKE ALL YOUR BIG LEAGUE
BALL PLAYERS, THE INSANE WRESTLERS, ALL OF
THE JUMPING, YELLING, SCREAMING, FIGHTERS
HOCKEY PUCK SLAMMERS WITH YOU, THE NOISE
LEVEL HURTS MY HEARING DISABILITY THE
SIGHT OF THE ABNORMAL ACTS DISRUPTS MY
COMMON SENSE, I DONT NEED YOU — GO.
GO TO BAGDHAD SUCK ALL THE CRUDE YOU
WANT WITH YOUR LYING UPS, IAM TIRED
OF SUPPORTING GAS FOR 5¢ A GAL IN
BAGDHAD, AND I PAY 3.00 HERE WHO
NEEDS THAT FOR A LIFE, TAKE ALL YOUR
REPUBLICANS AND DEMOCRATS, THAT ARE IN
VIOLATION OF THE DECLARATION OF INDEPENDENCE
AND GO VIOLATE SOMEONE ELSE, YOU
SHIT EATING GOULS. YOUR SO DISIPLINED SO
FOCUSED, SO RICHTEOUS, YOU SHOULD HAVE
NO TROUBLE BUYING A ONE WAY TICKET TO
HERE ANY TIME YOUR IN YOUR MOODY DELIRIUM,
GO WRAP A LONG FANCY RAG AROUND YOUR
HEAD AND WORSHIP STONE GOLD ROCKS
ALL YOU WANT, PLAY YOUR WIERD MUSIC
IN THE DESERT FROM YOU BOOM BOXES

PAGE 18 OF 26

GO SMOKE YOUR DOPE, SOME WHERE ELSE SNORT YOUR COKE IN A ALLIGATOR INFESTED PLACE, GO PUMP YOUR ICE INTO YOUR MISERABLE VEINS IN A IDAHO TOILET THEN FLUSH YOURSELF, JUST GO. IL YOU LEAVE I'LL HAVE ALL THE NATURAL RESOURCES I NEED, THE FORESTS AND MOUNTAINS AND THE ANIMALS WILL BE MINE AND ME THEIRS, I DON'T NEED YOUR FOOLISH POLITICAL PROGRAMS AND ASS SITTING POSITIONS CLUTTERING MY COUNTRY, YOU'RE FILTH, YOU STINK, YOUR SCREWED UP, TAKE YOUR DOCTORS, YOUR CHRUNKS WITH YOU, I'LL SURVIVE WITHOUT THEM, TAKE YOUR OIL REFINERYS ALL YOUR TOXS LEAVE ME IN PEACE TO ENJOY MY COUNTRY, TO TILL IT, TO EMBRACE IT, YOU SNOT SPITTING TRASH THROWING ILLITERATE, GET OUT, DON'T TARRY, THIS IS NOT YOUR COUNTY YOUR STEALING IT FROM ALL THE INDEPENDENT AMERICANS, THEY LET YOU, AS THEY HAVE COMPASSION AND A HEART, THEY CARE, THEY ARE VULNERABLE TO LOW LIFE, TAKE IT ALL, USERS WHO'S HEARTS ARE AS BLACK AS A CORRUPT JUDGE ROBE. TAKE ALL YOUR POLITICAL WHORES AND GO FOUND ANOTHER COUNTRY, THE INDEPENDENTS LET YOU IN  A INDEPENDENT IS ASKING YOU TO LEAVE, YOUR ABHORRENT!

PAGE 19 OF 26

TAKE ALL YOUR TELEVISION STATIONS WITH YOU, THIS
INDEPENDENT IS SICK OF WATCHING FOREIGN CRAP
ALL OVER THE NEWS AND OTHER MEDIA LEECH BLOOD
SUCKING OUTLETS, DESIGNED TO SHOW STUFF AND TALK
ABOUT FOREIGN USELESS IGNORANT STUFF THAT
SHIT INFILTRATES THE MINDS OF THE INDEPENDENTS
AND THEIR CHILDREN, ITS PROPAGANDA, WHO GIVES
A DAMN IF THEY BLOW THEMSELVES UP, I DONT CARE
WHAT THEY DO, IF THEY COME TO MY COUNTRY
OUR INDEPENDENCE WILL STOP THEM REBEL THEM
GO THERE YOU FREAK WORSHIPPERS TAKE ALL YOUR
RELIGIONS AND GET OUT, INDEPENDENTS KNOW WHO
GOD IS, WE DONT NEED YOUR LIES AND DECEIT IN
A FREE COUNTRY YOU DESIRE TO CONTROL, JUST
TAKE YOUR INFILTRATING DISEASES AND GO.
GO INFILTRATE SOMEONE ELSE, WITH YOUR USELESS
EVIL CONTROL TACTICS, THIS IS NOT YOUR COUNTRY
YOU STOLE IT, AND CONTINUE TO STEAL IT, GO START
YOUR OWN WARS, YOUR OWN SCREW YOUR OWN
INBREEDING, GO SCREW THE OTHER ROCK WORSHIPPERS
YOU KNOW NO GOD, YOUR GOD IS SATAN, YOU
SERVE HIS NEEDS, YOU LIE CONSTANTLY THERE IS NO
ROOM FOR THINKING YOU JUMP AT A OPPORTUNITY
TO HURT OTHERS, YOU SNEAK YOU CRAWL, YOU
SLITHER, YOU INGEST YOUR OWN SLIME, YOUR
ALL ON DOCTOR MIND ALTERING DRUGS, YOU HAVE
NO SPACE FOR MEMORY OR COMMON SENSE
ITS DESTROYED THE PILLS FEED YOUR ONE LITTLE
AREA LEFT YOU USE TO DO ROBOT FUNCTION
SURVIVAL PROCESS. YOU WANT ME TO LEAVE YOU
ALONE THEN GET YOUR ASS OUT OF MY
COUNTRY. BEING BORN IN MY COUNTRY

PAGE 20 OF 26

GIVES YOU NO RIGHT OF PASS AGE TO DESTROY IT POLITICALLY OR SOCIALLY, THE SLIME BAG MENTALITY IS NOT RECOVED, YOU LOVE CAIHOS AND TURMOIL ITS FEEDS YOU SICK BRAIN, FEAR AND CONFUSION ARE YOUR WEAPONS, IT DOSENT WURK ON INDEPENDENTS SO YOU REVERT TO METAL WEAPONS TO ENFORCE YOUR FEAR AND CONFUSION. TAKE YOUR PRINTED FILTH WITH YOU, THAT YOU DEPLOY AMONG THE MASSES YOU WONDER WHY YOU GET YOUR OWN YOUNG VIOLATED YOU CAUSED IT, BY TAKING OVER GOVERNMENT AND PROTECTING THE FILTH MONGERS RIGHTS WHEN THEY HAD NONE. YOU HATE BEING TOLD OF YOUR FAULTS AND EVILS, YOU'LL CONSIDER THIS A WAY TO DESTROY THE TRUTH BEARER A FORMIDABLE THING YOU CANT STAND THE TRUTH MAKES YOU GRIND YOUR TEETH, TEMPER YOUR ANGER, THROW YOUR SNOT LIKE A WOUNDED BULLY YOU HATE AND SAY ITS HATE THAT MAKES YOU HATE, YOUR FATHER INVENTED HATE YOU HAVE IT IN YOUR BLOOD VEINS, TAKE YOUR HATE AND MOVE YOUR EVIL ASSES OUT OF MY COUNTRY. LEAVE THE INDEPENDENTS ALONE THEY COME IN MANY COLORS AND BACK GROUNDS THEY ARE THE GLUE THAT HOLDS THIS COUNTRY TOGETHER THAT YOU, VIOLATE, THEIR CHILDREN ARE SURVIVORS, AND THE ONES THAT ENDURE ITS YOURS THAT YOU GOT KILLED AND TELL US THEIR OUR HERO'S ITS THE INDEPENDENTS THAT SOLVE THE PROBLEMS, BUST THE CORRUPTION, ITS THE INDEPENDENTS WHO

PAGE 21 OF 26

END THE WARS, PAY THE TAXES, LIVE THEIR DREAMS, FEED THE MOUTHS, FORMED AMERICA, WIN TO LIVE, SUPPORT EACH OTHER, EARN THE MONEY, PRAY IN PRIVATE, TOLERATE THE POLPS, BUILD THEIR HOUSE, STAND FOR TRUTH, EMBRACE THE LAND, ARE THE POWER, FIGHT FOR FREEDOMS, DIE FOR GLORY, RAISE THE CHILDREN, GAVE YOU RIGHTS, LOVE THEIR NATION, RESPECT THE PEACE, JOIN TO SERVE, FACE THE DANGER, PAY SOCIAL SECURITY, PAY THE BILLS, PAY THE JERKS, ARE THE BURDEN BEARERS, SALUTE THE FLAG, EARN THEIR NAME, VOTE THEIR MIND, ERASE MISTAKES, HAUL THE FOOD, CUT THE PORK, HAVE A LIFE, OWN COMMON SENSE, HAVE NO FEAR, NEED NO JUNK, DEFEND THE BORDERS, FIND THE TRUTH, KNOW THE DIRECTION, ARE EXPERTS WITH TOOLS, WORK FOR HOURS, ARE THE VISION,

POLITICIANS, CREATE THE PROBLEMS, RAISE THE TAXES, START THE WARS, TALK OF DREAMS, RUN THEIR MOUTHS, DESTROY AMERICA, LIE TO WIN, APPLAUD EACH OTHER, SPEND YOUR MONEY, PRAY ON THE PUBLIC, LOAF IN GROUPS, STEAL THE LAND, ROB YOUR HOUSE, STAND FOR NOTHING, RAPE THE POWER, HATE YOUR FREEDOMS, WANT THE GLORY, ENSLAVE YOUR CHILDREN, TAKE YOUR RIGHTS, LOVE CORRUPTION, DISTURB THE PEACE, SERVE THEIR GREED, RUN FROM DANGER, ROB SOCIAL SECURITY, DO THEIR WILL, ARE DECEIT PEDDLERS, WAVE LITTLE FLAGS, FLAUNT THEIR NAME, VOTE THEIR PARTY, ARE MISTAKES, TAX THE FOOD, MAKE BAD DEALS, CREATE THE PORK, RUN FOR LIFE, HAVE NO SENSE, INVENT THE FEAR, IMPORT THE JUNK, HAVE NO BORDERS, TWIST THE TRUTH, REFUSE DIRECTION, ARE COLLECTIVE FOOLS, TALK FOR HOURS, BLUR THE VISION. PLAINTIFF LISTS THESE THINGS TO BRING TO THE COURTS AND PUBLIC FORUM HIS VISION HIS IDEAS, HIS LIFES ENDAVORS

PAGE 22 OF 26

NO MORE OR NO LESS IMPORTANT THAN OTHER INDEPENDENTS, THE POLITICAL PRECONCIEVED MACHINE IS OPERATED BY THE EVIL POLITICIANS IT EATS THE CREDITABILITY OF THE INDEPENDENTS BUT DOES NOT DESTROY THE SEEDS, THEY LIVE AGAIN TO COME BACK TO DISPELL THE VIRUS THE POLITICIANS THRIVE ON, ITS THEIR SUBSTANCE, THE WHOLE INDEPENDENTS HAVE NO POLITICAL DREAMS OR VENTURES THEY HONOR THE DECLARATION OF INDEPENDENCE THE DOCUMENT THAT STANDS TO FOIL POLITICAL CONTROLS AND TYRANNY, THE DECLARATION OVER THROWS THE POLITICIANS USING A INK PEN TO PAPER.

TAKE YOUR LAWYERS WITH YOU, GO TO THE PLACE YOU HEAR THE LARGE SUCKING SOUND AND JUMP IN. WERE RID OF YOU, YOU FEED OFF THE POOR AND WIDOWS, YOU VIOLATE THE FATHERLESS, YOU CANT COMPREHEND THE BOOKS I READ, THAT SAYS WOE UNTO THE LAWYERS, YOUR DOOMED BY MY FATHER, INDEPENDENTS SUPPORT EACH OTHER THEY NEED NO RAMPING OUT OF CONTROL BLOOD SUCKERS TO REPRESENT THEM, YOU WHINE AND MOAN WHEN YOU CANT HAVE YOUR WAY, INDEPENDENTS FIGHT AND STAND FOR THEIR NEEDS AND DESIRES, YOU GET YOUR IGNORANT GUN BEARERS TO NAIL THE TRUTH TELLERS TO TREES WITH BIG NAILS, TO FLAUNT YOUR EVILS STILL FURTHER, TO COWARDLY TO YIELD THE HAMMER TO DO IT YOURSELVES, YOU CLAIM THE TRUTH TO CONTROL IT TO CORRUPT IT AND REGURGITATE IT INTO LIES, AND DECEIT,

PAGE 23 OF 26

YOU LET THE FOREIGN ENEMY BUY THE LAND AND
CONTROL THE WEALTH, AND TELL THE INDEPENDENTS
ITS GLOBAL TRADING, YOU DESTROY YOUR SELVES
AND YOUR OWN AND THE INDEPENDENTS, WORKING
YOUR WAY INTO POWER POSITIONS TO ENABLE YOU
TO DO THE VIOLATIONS TO THE SPIRIT OF INDEPENDENTS
AND ITS SOUL, YOU SUCK UP TO UNLOYAL GROUPS
AND ALLOW THEM TO DIVIDE SO YOU CAN CONQUER,
THE ENEMY WILL STICK THE ASSETS UP YOUR ASS
AND DISIMBOWEL YOU AND YOU LOVE THE PERVERTISIM.
YOU GET US UP THE CREEK WITHOUT A PADDLE AND
BEG A INDEPENDENT TO HAND YOU A OAR,
YOU HAVE LOWERED THE QUALIFICATIONS FOR
JOBS SO YOUR MINDLESS CAN ENTER THRU
YOUR POLITICAL DESIRES, YOU SLEEP WHILE BEING
INVADED OVER YOUR BORDERS, TO YOUR OWN
DEMISE, YOU BLEW FUNDS TO THE MOON AND
YOUR NEVER GOING TO GET THERE, YOU CAMORFLAGE
THE CIVIL RIGHTS NEVER MAKING OR LETTING THE
MINDS KNOW THEM SO YOU, CAN SEND YOUR
TRAINED INTO THE STREETS TO CONTROL THE MASSES
VOID OF ANY CONCEPT OF SAME, ONLY FILLED WITH
YOUR DISPICABLE CONTROL METHODS THAT GIVE
YOU PERVERSIVE GLEE AND FEED YOUR RUPTURED
GUTS. YOU TAMPER AND CHANGE NATURE TAKING
GODS WORK FROM HIM, AND YOU CANT DO
WHAT HE DOES, YET YOU BELEIVE YOU CAN,
YOUR HUMOR IS NON-EXISTANT YOU TURN
AMERICA INTO A PIGSTY. YOUR LUST FOR
HATE IS ONLY SUPERCEEDED FOR ACTIONS TO
DO MORE HATE.

PAGE 24 OF 26

YOU DEPORT YOUR WEALTH AND KNOWLEDGE TO YOUR
FOES, YOU MOLEST THE INNOCENT, THE TECHNIQUES
YOU USE ARE INVENTED FROM TROUBLED MINDS,
YOUR GOALS ARE POINTLESS AND INEFFECTIVE,
YOUR GOVERNMENT IS CULPABLE OF DISINFORMATION
IS SOCIALLY CONTAMINATED, AND IS FAILING THE
INDEPENDENTS VISION OF WHAT IT SHOULD BE.
THE CANCER OF ITS POWER IS DEFEATING THE
THE PURPOSE, TAKE THEM WITH YOU, LEAVE
US IN PEACE, GO WITH FORGIVNESS AND DON'T
EVER COME BACK. TAKE YOUR CHANTING AND
YOUR DISFUNCTIONAL TRAITS AND GET OFF THE
LAND, GO SLOBBER AT ANOTHER PLACE, YOUR
POLITICAL EXCREMENT IS NOT WANTED, BREATHE
YOUR VILE ON ANOTHERS LAND, SPILL OUR BLOOD
NO MORE YOUR SLOTHFUL DICTORIAL MEANS IS
OF NO USE TO THE EARTH, TAKE YOUR JUNK AND
SPLIT OFF EVER USING YOUR CRAP ON THIS LAND
AGAIN.

PLAINTIFF OPINIONS ARE NOT ALOVE HE KNOWS
THIS FROM CAREFUL CALCULATED INVESTIGATIONS TO
ALL 50 STATES THUS FAR IN A LIFETIME OF
WORK AND TRAVELS, GATHERING THE EVIDENCE
TO LIST THE WOES AND DREAMS OF MULTITUDES
OF INDEPENDENTS, AND IS STANDING UP TO
SPEAK FORTH, AND WISHES TO BE VIOLATED
NO FUTHER, NO HARM NO ATTACKS WILL
BE MADE ON ANY, JUST WORDS FOR THE
ADVENT OF FREEDOMS SOUGHT, SHALL
THE RESPONDENT PARTICIPATE IN THE

PAGE 25 OF 26

DISRUPTIONS OF PLAINTIFFS LIFE, PLEASURES AND BUSINESS THAT IS HIS CHOICE, IT IS THE PLAINTIFFS CHOICE TO ATTEMPT TO DISLODGE HIS ABILITY TO VIOLATE BY ENTERING THIS STATED TORT AND ACCOMPANYING THOUGHTS AND THINGS OF HISTORICAL VALUE TO WEIGH IN TO ENTER THE OFF CENTER SYSTEM TO REDRESS FOR GRIEVANCES AND ESTABLISH SOME FORM OF RETRIBUTION AND RELIEF. SHOULD THE RESPONDENT DESIRE TO DESTRUCT FUTHER PLAINTIFF REQUESTS THE HONOR OF SAYING WHERE TO PUT THE NAILS.

A. PLAINTIFF PRAYS WHEN A HONORABLE COURT IS FOUND FOR JUDGEMENT UNDER THE FOLLOWING CONDITIONS, FOR GENERAL SPECIAL COMPENSATORY DAMAGES, IN AMOUNT STATED OR PROVEN AT TRIAL, FOR EXEMP- -LIARY AND PUNITIVE DAMAGES BASED ON THE WILFUL AND WANTON ILLEGAL ACTION OF THE RESPONDENT FOR ATTORNEY FEES IF APPLICABLE IN TANDEM WITH COURT FEES, AND SUCH OTHER RELIEF NOW UNKNOWN TO PLAINTIFF AS IS APPLICABLE.

VERIFICATION AND DECLARATION
UNDER PENALTY OF PERJURY

I JERRY D. CARTER DECLARE THE FOREGOING TO BE TRUE AND CURRENT WITH THE EVIDENCE AVAILABLE AND SWEAR TO PURSUE FOR RELIEF AS NEEDED.

_____

JERRY D. CARTER
PO BOX 1671
CHEYENNE WYOMING
82003

PAGE 26 OF 26,
SUPPLEMENTAL:

B.-1.   THAT THE PLAINTIFF IN THIS CASE DESIRES THE
COURT TO CAUSE SUBPOENAS TO ALL THE
CHEYENNE FEDERAL COURT CLERKS TO OBTAIN
A STATEMENT OF WHAT THEY SAW AND HEARD
OF THE PHYSICAL SITUATION THAT CHIEF MOSELEY
STARTED AT THE FEDERAL COURT COUNTER ON
OCTOBER 15TH 2007. AND SUBPOENAS TO ALL U.S
MARSHAL GUARDS ALSO   AS ONE HEARD THE
EVIDENCE OF THE CLERK THAT TOLD THE PLAINTIFF
THAT " I SAW HIM PUSH YOU" SPEAKING ABOUT
MOSLEY, SUBPOENAS AND ALL ABOVE STATEMENTS
REQUESTED TO BE UNDER COURT OATH TO ACHIEVE
THE WHOLE TRUTH, RE THE CRIMES DONE TO
PLAINTIFF BY RESPONDENT IN THIS CASE.

THAT DUE TO PROBABLE CAUSE AND DUE PROCESS
THIS CASE WILL NOT GO AWAY ON SOME
LATIN INSERTED VERBAGE THAT PLAINTIFF IS NOT
LEARNED IN OR DOES NOT UNDER STAND, AND
SHOULD NOT BE EXPECTED TO AS NO LATIN BLOOD
FLOWS IN THE VEINS OF PLAINTIFF, THAT THE
JUDGES JOHNSON AND BRIMMER ALSO BE
SUBPOENED AS TO THEIR TESTIMONY AS IT IS KNOWN
THEY GO THRU THIS AREA CLOSE TO THE ASSAULT
DISTURBANCE THREATS HARASSMENT AND COULD OF
OR MAY HEARD ALL OR PART OF THE CRIME,
OR MAY HAVE ADMINISTRATIVE PRIVLEDGE
KNOWLEDGE OF SAME CRIMES,

J.D. CARTER
PO BOX 1671
CHEYENNE WYO.
82003

PAGE 26-A.

INSERT TO ACCOMPANIED CASE

JERRY D. CARTER
PO BOX 1671
CHEYENNE WYOMING
82003

CLAIM FOR TORT RELEIF TO ACCOMPANY
CAPTIONED CASE, THAT PLAINTIFF SEEKS RELEIF
FOR VIOLATIONS STATED IN THIS CASE AND
THE QUALIFICATIONS FOR SAME AS CONTAINED
IN ALL PAGES 1 THRU 26 TO 26A FOR
CAUSES STATED OF CIVIL AND CIVIL RIGHTS
VIOLATIONS INCLUDING SLANDER, AND FALSE
ACCUSSATIONS, AND THE CRIMES STATED IN
THIS ACTION BEFORE THE COURT IN THE
AMOUNT FOR TORT, OF 50,000,000 MILLION
U.S. DOLLARS, TO BE AWARDED BY JUDICIAL
DETERMINATION OR TO BE PROVEN IN A HONORABLE
COURT OF LAW, JUDGEMENT TO BE ENTERED ON
THE RESPONDENT, BY COMPETENT COURT THAT
HAS NO CONNECTION TO RESPONDENT IN ANY VENUE
OR EMPLOYMENT CONNECTION, NOR DETERMINATION
NOT BE DONE BY SAME OF GUILT OR INNOCENCE
OR RESPONSIBILITY BY SAME STATED COURT.

JERRY CARTER